IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **HADEAR SANCHEZ,**<br><br>*Plaintiff,*<br><br>v.<br><br>**FCA US LLC,**<br><br>*Defendant.* | Case No.: 5:23-cv-00326-XR |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT**

Came on for consideration the Joint Stipulation of Dismissal With Prejudice filed by Plaintiff Hadear Sanchez ("Plaintiff") and Defendant FCA US LLC ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties"). Upon consideration of the Joint Stipulation, and noting the agreement of the parties, the Court **ORDERS** that all of Plaintiff's claims in this action are **DISMISSED WITH PREJUDICE**. As Defendant asserts no counter-claims, this Order disposes of all claims in this action, and therefore constitutes a **FINAL JUDGMENT**. All costs shall be taxed against the party incurring same.

Signed on this 10th day of July, 2024.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE